IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CASE NUMBER.: CR202-11 |
| CASPER FRANKLIN BROWN | : |

## ORDER

Defendant Casper Franklin Brown, currently incarcerated at the Federal Correctional Institution in Ashland, Kentucky, is serving a term of imprisonment imposed by this Court on July 9, 2002. Defendant pled guilty to one count of a multi-count indictment charging him with distribution of 5 grams or more of cocaine base. He has now filed a "Motion Pursuant to Title 18 U.S.C. § 3742(a)(1)" in the Eleventh Circuit Court of Appeals. That Court has construed the motion as one seeking leave to file an untimely appeal. Defendant has not established sufficient reasons for seeking to file an appeal more than three and one-half years after he was sentenced. Accordingly, Defendant is **denied** leave to file an untimely Notice of Appeal.

**SO ORDERED**, this 17 day of Feb., 2006.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)